USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 13, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
: 
**EUGENE SCALIA,** :
 :
                  **Plaintiff,** :
 :
             -against- : **19-cv-9302 (ALC)**
 :
**RUANE, CUNNIFF & GOLDFARB, INC.** : **ORDER**
**ET AL,** :
 :
               **Defendants.** :
 :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court grants plaintiff's request to adjourn the October 14, 2020 conference. (ECF No. 111). The conference previously scheduled for October 14, 2020, is ADJOURNED to November 4, 2020, at 11:00 a.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated**:   October 13, 2020
            New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**