**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  October 29, 2020

------------------------------------------------------- x

EUGENE SCALIA,

       **Plaintiff,**

   **-against-**

RUANE, CUNNIFF & GOLDFARB, INC.
ET AL,

       **Defendants.**

------------------------------------------------------- x

       :
       :
       :
       :
       :     **19-cv-9302 (ALC)**
       :
       :     <u>**ORDER**</u>
       :
       :

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court adjourns the November 4, 2020 telephone conference and sets the following briefing schedule. Defendants shall file any motions to dismiss by December 4, 2020. Plaintiff shall oppose the motions by January 8, 2021. Replies, if any, shall be filed by January 15, 2021.

**SO ORDERED.**

**Dated**: October 29, 2020
    New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**