USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 26, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EUGENE SCALIA,
United States Secretary of Labor,

            Plaintiff,

v.

RUANE, CUNNIFF & GOLDFARB, INC.; DST SYSTEMS, INC.; ROBERT D. GOLDFARB; THE ADVISORY COMMITTEE OF THE DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN; THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF DST SYSTEMS, INC.; KENNETH V. HAGER; RANDALL D. YOUNG; GREGG W. GIVENS; GERARD M. LAVIN; M. ELIZABETH SWEETMAN; DOUGLAS W. TAPP; GEORGE L. ARGYROS; LAWRENCE M. HIGBY; TRAVIS E. REED; LOWELL L. BRYAN; SAMUEL G. LISS; BRENT L. LAW; LYNN DORSEY BLEIL; CHARLES E. HALDEMAN, JR.; JEROME H. BAILEY; GARY D. FORSEE; and the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN,

            Defendants.

---

Case No. 19-CV-09302 (ALC)

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

      Please take notice that, upon the annexed declaration, and subject to the approval of the Court, Joshua D. Kaye hereby withdraws as counsel for defendants DST Systems, Inc., the Advisory Committee of the DST Systems, Inc., 401(k) Profit Sharing Plan, the Compensation Committee of the Board of Directors of DST Systems, Inc., Gregg W. Givens, Gerard M. Lavin, M. Elizabeth Sweetman, Douglas W. Tapp, George L. Argyros, Lawrence M. Higby, Travis E. Reed, Lowell L. Bryan, Samuel G. Liss, Brent L. Law, Lynn Dorsey Bleil, Jerome H. Bailey and Gary D. Forsee (the "DST Defendants"). Lewis R. Clayton, Jessica S. Carey, and Jeffrey J. Recher

of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent the DST Defendants in this proceeding.

|  |  |
|---|---|
| Dated: April 23, 2021<br>New York, New York | Respectfully submitted,<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>/s/ *Joshua D. Kaye*<br>　　Lewis R. Clayton<br>　　Jessica S. Carey<br>　　Jeffrey J. Recher<br>　　Joshua D. Kaye<br><br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>Email: jkaye@paulweiss.com<br><br>*Counsel for the DST Defendants* |

SO ORDERED:

*[signature: Andrew L. Carter]*

April 26, 2021