U.S. Department of Labor        Office of the Solicitor 

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2022
```

<u>Via ECF</u>        May 16, 2022

Hon. Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY  10007

Re:     ***Walsh v. Ruane, Cunniff & Goldfarb, Inc., et al.***, No. 1:19-cv-9302-ALC-BCM
(Related Cases *Ferguson v. Ruane, Cunniff & Goldfarb Inc.*, No. 1:17-cv-6685-ALC-BCM; *Ferguson v. Goldfarb*, No. 1:20-cv-07092-ALC-BCM)
**Letter re: Request for Adjournment of May 17, 2022 Initial Case Management Conference**

**MEMO ENDORSED**

Dear Magistrate Judge Moses:

    Plaintiff Martin J. Walsh, U.S. Secretary of Labor (the "Secretary"), writes regarding the upcoming May 17, 2022 initial case management conference in the Secretary's currently pending action, *Walsh v. Ruane, Cunniff & Goldfarb, Inc., et al.*, No. 1:19-cv-9302-ALC-BCM ("*Walsh*").  The first numbered paragraph of Your Honor's April 18, 2022 Order Scheduling Initial Case Management Conference states that the "Court expects each party's principal trial attorney to attend the conference."

    I am the principal trial counsel representing the Secretary in this action. Unfortunately, my young daughter tested positive for Covid-19 yesterday and is quite ill.  As a result, in accordance with CDC guidelines, I am unable to travel to attend the conference as scheduled tomorrow, May 17, 2022 at 10:00 am EDT.

    I therefore respectfully propose that the initial case management conference be adjourned for at least three weeks until I am again cleared for travel.  I have conferred with opposing counsel regarding adjournment, and counsel for all of the defendants do not oppose.  The Secretary has made one previous adjournment request in this action, due to a non-Covid related family emergency, and there are no other currently scheduled dates that would be impacted by granting an adjournment.  The Secretary apologizes to Your Honor for this inconvenience.  The parties await the Court's instruction.

Sincerely,

/s/ Anna O. Area
ANNA O. AREA
Counsel for Litigation

Office of the Solicitor
U.S. Department of Labor
area.anna.o@dol.gov

*Attorney for the Secretary*

cc: All counsel of record

---

Application GRANTED. The initial case management conference scheduled for May 17, 2022, is hereby ADJOURNED to **June 16, 2022, at 12:00 noon**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. SO ORDERED.

Barbara Moses
United States Magistrate Judge
May 16, 2022