

O'Melveny & Myers LLP  T: +1 202 383 5300  File Number:
1625 Eye Street, NW    F: +1 202 383 5414
Washington, DC 20006-4061    omm.com

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2022**

June 9, 2022

Greg Jacob
D: +1 202 383 5110
gjacob@omm.com

**VIA ECF**

Hon. Barbara C. Moses
U.S. District Court for the Southern
District of New York Daniel Patrick
Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

**MEMO ENDORSED**

**Re:** *Walsh v. Ruane, Cunniff & Goldfarb, Inc., et al.*, No. 1:19-cv-9302-ALC-BCM
(Related Cases *Ferguson v. Ruane, Cunniff & Goldfarb Inc.*, No. 1:17-cv-6685-
ALC-BCM; *Ferguson v. Goldfarb*, No. 1:20-cv-07092-ALC-BCM)
Letter re: Request for Adjournment of June 16, 2022 Joint Conference

Dear Magistrate Judge Moses:

Defendant Ruane, Cunniff & Goldfarb Inc. ("Ruane"), hereby writes regarding the upcoming June 16, 2022 joint conference, which will serve as an initial case management conference in *Walsh v. Ruane, Cunniff & Goldfarb Inc., et al.*, No. 1:19-cv-9302-ALC-BCM ("*Walsh*") and *Ferguson v. Goldfarb,* No. 1:20-cv-07092-ALC-BCM ("*Ferguson II*"), and as a status and scheduling conference in *Ferguson v. Ruane, Cunniff & Goldfarb Inc.,* No. 1:17-cv-6685- ALC-BCM ("*Ferguson I*").

Your Honor's previously issued April 18, 2022 Order Scheduling Initial Case Management Conference in *Walsh* states that the "Court expects each party's principal trial attorney to attend the conference."  I am the principal attorney representing Ruane in *Walsh*. Yesterday, I received the attached subpoena from the Select Committee to Investigate the January 6th Attack on the United States Capitol requiring me to provide testimony in Washington, D.C. on June 16 relating to my prior role as Counsel to former Vice President Mike Pence.  The Committee was informed of my conflicting court hearing, but did not have flexibility as to hearing dates.

From my client's perspective, my role as principal attorney for Ruane in the *Walsh* matter is not fungible, both because *Walsh* is a U.S. Department of Labor case and I previously served as Solicitor of the U.S. Department of Labor, and because I have been interacting with the Department on behalf of my client in this matter since 2018, well before the case was filed.

I am accordingly requesting an adjournment of the June 16 joint conference for the three cases. I have conferred with counsel for all other parties regarding the requested adjournment, and all counsel in all three cases have consented to the adjournment request (other than counsel for the arbitration claimants involved in *Ferguson I*, from whom I have not yet heard back).



The Secretary received one previous adjournment of the initial case management conference in *Walsh*.  There are no other currently scheduled dates that would be impacted by granting the requested further adjournment.

Sincerely,

/s/ Greg Jacob

Greg Jacob

> Application GRANTED. The conferences in *Walsh*, *Ferguson I*, and *Ferguson II* scheduled for June 16, 2022, are hereby ADJOURNED to **July 12, 2022, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> June 10, 2022