UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN J. WALSH<br>United States Secretary of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>RUANE, CUNNIFF & GOLDFARB, INC., et al.,<br><br>    Defendants. | No. 19-cv-9302-ALC-BCM<br><br>**NOTICE AND [PROPOSED]<br>ORDER FOR WITHDRAWAL<br>OF ATTORNEY** |

Pursuant to Local Civil Rule 1.4 of the United States Courts for the Southern and Eastern Districts of New York, for the reasons stated in the attached declaration, and subject to the approval of the Court, Anna O. Area hereby withdraws as attorney of record for plaintiff Martin J. Walsh, United States Secretary of Labor. Isidro Mariscal, Alyssa George, Amy Tai, and Orly Godfrey remain attorneys of record for plaintiff.

Dated: July 1, 2022

SO ORDERED

_____

Respectfully Submitted,

 /s/ Anna O. Area
ANNA O. AREA
Counsel
Office of the Solicitor
Plan Benefits Security Division
U.S. Department of Labor
P.O. Box 1914
Washington, DC  20013
Tel: (202) 693-5600
Fax: (202) 693-5610
area.anna.o@dol.gov