USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 18, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SU,

                  **Plaintiff,**

           -against-

RUANE CUNIFF & GOLDFARB INC. ET AL.,

                  **Defendants.**

**19-cv-9302 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Plaintiff's request for a status conference and to stay proceedings. ECF No. 196. The Plaintiff's request for a status conference is hereby **GRANTED.**[1] The Court will hold a telephonic status conference on **Monday April 24, 2023 at 12:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**. The Court will consider the Plaintiff's request for a stay at the status conference.

**SO ORDERED.**

Dated:  April 18, 2023
        New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**

---

[1] The Court will also enter an order **GRANTING** the pending request for a status conference in the related actions *Ferguson et al. v. Ruane, Cunniff & Goldfarb, Inc. et al*, No. 17-cv-6685-ALC-BCM and *Ferguson et al. v. Goldfarb*, No. 20-cv-07092-ALC-BCM.