USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 4, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SU,<br><br>       **Plaintiff,**<br><br> -against-<br><br>RUANE CUNIFF & GOLDFARB INC. ET AL.,<br><br>       **Defendants.** | 19-cv-9302 (ALC)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

 The Court is in receipt of the Plaintiff's motion to stay proceedings for one week. ECF No. 198. The Court will hold a telephonic conference on **Friday May 5, 2023 at 12:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

**Dated:**  May 4, 2023
    New York, New York

                         **ANDREW L. CARTER, JR.**
                         **United States District Judge**