USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 5, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SU,<br><br>        **Plaintiff,**<br><br>   -against-<br><br>RUANE CUNIFF & GOLDFARB INC. ET AL.,<br><br>        **Defendants.** | **19-cv-9302 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's telephonic conference, Plaintiff's motion for a stay is hereby **GRANTED**. This stay will last until one week from today. The parties are **ORDERED** to file a joint status report by **May 11, 2023** advising whether they wish to extend the stay. The parties should state their reasons for any extension.

**SO ORDERED.**

**Dated:  May 5, 2023**
    New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**