USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 12, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SU,<br><br>                    **Plaintiff,**<br><br>-against-<br><br>RUANE CUNIFF & GOLDFARB INC. ET AL.,<br><br>                    **Defendants.** | 19-cv-9302 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report. The parties' request for a one-week extension of the stay is **GRANTED**. The parties are **ORDERED** to file a joint status report by **May 19, 2023**.

**SO ORDERED.**

Dated:  May 12, 2023
       New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**