USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 22, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SU,<br><br>　　　　　　　　**Plaintiff,**<br><br>-against-<br><br>RUANE CUNIFF & GOLDFARB INC. ET AL.,<br><br>　　　　　　　　**Defendants.** | 19-cv-9302 (ALC)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report. ECF No. 203. The parties' request for a one-week extension of the stay is **GRANTED**. The parties are **ORDERED** to file a joint status report by **May 26, 2023**.

**SO ORDERED.**

Dated:　May 22, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**