USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 30, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SU,<br><br>        **Plaintiff,**<br><br>   -against-<br><br>RUANE CUNIFF & GOLDFARB INC. ET AL.,<br><br>        **Defendants.** | 19-cv-9302 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report. ECF No. 205. The Court will maintain the stay of all deadlines until **June 2, 2023**. The parties are **ORDERED** to file a joint status report by **June 2, 2023**.

**SO ORDERED.**

Dated:  May 30, 2023
    New York, New York

                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**