USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 5, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SU,<br><br>       **Plaintiff,**<br><br>  -against-<br><br>RUANE CUNIFF & GOLDFARB INC. ET AL.,<br><br>       **Defendants.** | 19-cv-9302 (ALC)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the parties' joint status report. ECF No. 207. The Court will maintain the stay of all deadlines until **June 9, 2023**. The parties are **ORDERED** to file a joint status report by **June 9, 2023**.

**SO ORDERED.**

Dated: June 5, 2023
    New York, New York

                       _____
                         **ANDREW L. CARTER, JR.**
                         **United States District Judge**