USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 12, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SU,<br><br>      **Plaintiff,**<br><br> -against-<br><br>RUANE CUNIFF & GOLDFARB INC. ET AL.,<br><br>      **Defendants.** | 19-cv-9302 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

 The Court is in receipt of the parties' joint status report. ECF No. 209. The Court will maintain the stay of all deadlines until **June 16, 2023**. The parties are hereby **ORDERED** to file a joint status report on or by **June 16, 2023**.

**SO ORDERED.**

Dated: June 12, 2023
    New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**