**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE A. SU, Acting United States Secretary of Labor,<br><br>Plaintiff,<br><br>v.<br><br>RUANE, CUNNIFF & GOLDFARB, INC.; DST SYSTEMS, INC.; ROBERT D. GOLDFARB; THE ADVISORY COMMITTEE OF THE DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN; THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF DST SYSTEMS, INC.; KENNETH V. HAGER; RANDALL D. YOUNG; GREGG W. GIVENS; GERARD M. LAVIN; M. ELIZABETH SWEETMAN; DOUGLAS W. TAPP; GEORGE L. ARGYROS; LAWRENCE M. HIGBY; TRAVIS E. REED; LOWELL L. BRYAN; SAMUEL G. LISS; BRENT L. LAW; LYNN DORSEY BLEIL; CHARLES E. HALDEMAN, JR.; JEROME H. BAILEY; GARY D. FORSEE; and the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN,<br><br>Defendants. | Case No. 19-cv-9302-ALC-BCM<br><br>**ORDER FOR WITHDRAWAL OF ATTORNEY**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 6/23/2023 |

Pursuant to Local Civil Rule 1.4 of the United States Courts for the Southern and Eastern Districts of New York, for the reasons stated in the attached declaration, and subject to the approval of the Court, I, Natasha S. Fedder of Scale LLP, hereby withdraw as attorney of record for Ruane, Cunniff & Goldfarb, Inc. O'Melveny & Myers LLP and Cohen & Gresser, LLP remain as counsel for Ruane, Cunniff & Goldfarb, Inc. in this case.

Dated: June 12, 2023
       New York, New York

Respectfully submitted,

*/s/ Natasha S. Fedder*
Natasha S. Fedder
**SCALE LLP**
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 735-5933
Email: nfedder@scalefirm.com

**SO ORDERED:**

Dated:   6/23/2023

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE